IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP P. JACKSON, | No. C 11-02029 SBA (PR) |
|     Petitioner, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| G. D. LEWIS, | |
|     Respondent. | |

On April 26, 2011, Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed an in forma pauperis application; however, he did not complete the application in its entirety and he did not submit his certificate of funds or his prisoner trust account.

On the same day the action was filed, the Court sent a notification to Petitioner informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application along with the requisite documents. The Clerk of the Court sent Petitioner a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed.

On May 26, 2011, the Court sent another copy of its first notification to Petitioner stating that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application. In effect, the Court gave Petitioner another thirty days to avoid dismissal of his action by either paying the fee or filing a completed prisoner's in forma pauperis application.

More than thirty days have passed and Petitioner has not paid the filing fee, submitted a completed prisoner's in forma pauperis application or otherwise communicated with the Court. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Petitioner's case.

IT IS SO ORDERED.

DATED: 7/15/11

                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge

G:\PRO-SE\SBA\HC.11\Jakson2029.Dis-IFP.wpd

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PHILLIP P. JACKSON,

        Plaintiff,

v.

G.D. LEWIS et al,

        Defendant.

Case Number: CV11-02029 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Phillip P. Jackson P-42466
Pelican Bay State Prison
5905 Lake Earl Drive
P.O. Box 7500
Crescent City, CA 95531-7500

Dated: July 19, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.11\Jakson2029.Dis-IFP.wpd      2