IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRYL KEITH HARVEY,

      Petitioner,

 v.

GARY SWARTHOUT, Warden,

      Respondent.
_____/

No. C 11-3032 SBA (PR)

**JUDGMENT**

    Pursuant to the Court's Order Granting Respondent's Motion to Dismiss Petition as Untimely; and Denying a Certificate of Appealability signed today, this action is DISMISSED WITH PREJUDICE. 28 U.S.C. § 2244(d).

    IT IS SO ORDERED.

DATED:   8/1/12

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\HC.11\Harvey3032.jud.wpd

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PHILLIP P. JACKSON, | |
| Plaintiff, | Case Number: CV11-02029 SBA |
| v. | **CERTIFICATE OF SERVICE** |
| G.D. LEWIS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 3, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Phillip P. Jackson P-42466
Pelican Bay State Prison
5905 Lake Earl Drive
P.O. Box 7500
Crescent City, CA 95531-7500

Dated: August 3, 2012

Richard W. Wieking, Clerk
By: Lisa Clark, Deputy Clerk

G:\PRO-SE\SBA\HC.11\Harvey3032.jud.wpd                2